# Exhibit A to the Complaint

**Location:** Cornelius, NC  
**Total Works Infringed:** 24  
**IP Address:** 99.190.41.190  
**ISP:** AT&T Internet

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 90BEDE1C87FEF47FC502567EF05EDA19FC678383<br>File Hash: 1C3652BCCE2E0E7EE5FA9B6F3B93191E60F451482D7D4719175314D8D20782C6 | 01/29/2024 14:43:02 | Tushy | 07/31/2022 | 08/30/2022 | PA0002367738 |
| 2 | Info Hash: CD8972855E56ABB5EE842D45CEE0F8223BA251E1<br>File Hash: 885DC8CAA10F9148D1D25C19C4A677DFAE51BA8B6E3BB98EADB71A3DFB946123 | 01/20/2024 14:55:59 | Vixen | 01/19/2024 | 02/13/2024 | PA0002454774 |
| 3 | Info Hash: 192D90AA4CEF89439DAF59A2855B0CB547ECC2F5<br>File Hash: 2D1AAA2ED3B5798F4C25FB40DEAB4590EDDFCA3E3780D643C040087410513F78 | 01/17/2024 17:17:47 | Tushy | 01/14/2024 | 02/14/2024 | PA0002455009 |
| 4 | Info Hash: CBB079EE5A6F104B57A3594866686A026D1A3760<br>File Hash: 186FABA1014438220A8236BEC6CF5B4BF5AC52076BF4B99D715368B292C7D6E6 | 01/12/2024 13:47:41 | TushyRaw | 01/10/2024 | 02/13/2024 | PA0002454777 |
| 5 | Info Hash: DF2D5F9EB86DB3A51B2DC2CFB5447541B49B8577<br>File Hash: 8EE7A55833D33AFE4275FEB149B2BBE17528CB7E6BE32D19D37CB1A9FBEC985D | 01/08/2024 12:39:10 | TushyRaw | 01/03/2024 | 01/16/2024 | PA0002449519 |
| 6 | Info Hash: FD9098FD6E3CE823E050BBE494AF1DAFA6B1805A<br>File Hash: B1A1498B5A8818C1E7135C52151C712D010FED0751D9D4AA5374DEDFCE9BDC29 | 12/28/2023 04:50:57 | TushyRaw | 12/27/2023 | 01/16/2024 | PA0002449500 |
| 7 | Info Hash: 09F245A9CD6C04687D3ADD108A6C07E1F213CB37<br>File Hash: CB06A0BFDCA74F113593C93795285ED8CAD43068075810F7EC1182E7FC2646EF | 12/04/2023 17:26:40 | Tushy | 12/03/2023 | 12/13/2023 | PA0002445432 |
| 8 | Info Hash: 07BBC78B7996241BEF66BCCA7757E14A9731F889<br>File Hash: 42AFAD743BC5E03502D1206F80B991B3B60DA02A44998C47516208A1FE7F72CC | 11/07/2023 13:30:30 | Tushy | 11/05/2023 | 11/13/2023 | PA0002439640 |
| 9 | Info Hash: 2026CB54B901DFC5A0492D0621144FB0646DD9E9<br>File Hash: 2F520279E32AC7533C153324CB0D16EB5934F31EFD3FA050ADC62FF1BB34504D | 10/10/2023 12:16:41 | Tushy | 10/08/2023 | 10/18/2023 | PA0002435597 |
| 10 | Info Hash: 7F20D9547644669D51C971C8EC6D9A2FDE457BC2<br>File Hash: 8BDF341C9E37C976D449362E56F5419A95144DB9B8C3660C9DDC000CD95E8DA7 | 09/28/2023 14:58:40 | TushyRaw | 09/27/2023 | 10/18/2023 | PA0002435616 |
| 11 | Info Hash: D16C10C03A150B1FD33994405C9BF38BE44E8B6B<br>File Hash: 890F83A1155C8ED9AF529771390297DFC1FBB265E77757CCA9E2C9146F95EF2B | 09/28/2023 14:56:28 | Tushy | 09/24/2023 | 10/18/2023 | PA0002435287 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: 52A57E9EF032B7C22A0F4BCF81506E3EA6BD1363<br>File Hash:<br>3DC1DEF4C58585068CFA82CB84BEED08D67604D1189730160EF004B8D076BBA5 | 09/14/2023<br>11:24:57 | TushyRaw | 09/13/2023 | 10/18/2023 | PA0002435599 |
| 13 | Info Hash: A0ED5364592A92C8C9F1D95159AEE9EB2C24F4D9<br>File Hash:<br>EE26753F42B174D6B938813C27CE04B2CB5B02906D628F96EF61A67513924990 | 08/09/2023<br>04:56:11 | Tushy | 08/06/2023 | 08/17/2023 | PA0002425539 |
| 14 | Info Hash: CF8292048847BE5479627B055A059A6349FEAD51<br>File Hash:<br>4B4724B1DF564FB1608A212FB42B3193094ACA2B7DDB82BA5E96BAA59BB2B5DE | 07/10/2023<br>12:50:36 | Tushy | 07/09/2023 | 07/13/2023 | PA0002420353 |
| 15 | Info Hash: 057D249A5951BB3B4BF70F73BBC784BD5D27E487<br>File Hash:<br>4627C825EEDC8E6C2E27E67D63FF6DCC165297C082BA2A5D6FAC9C56534F71E0 | 02/26/2023<br>14:21:19 | Tushy | 04/26/2020 | 05/19/2020 | PA0002241478 |
| 16 | Info Hash: 8C0450560F9B89D6FC85B8D65FC2A45F85BEB391<br>File Hash:<br>D51FF4DFDC04263DDA8DDDF1C9E02997D3C0193D83460492DD9D0589FEE5B727 | 02/13/2023<br>17:33:13 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 17 | Info Hash: E39F895D4E58E9EA65935691E4A56CFB734D2130<br>File Hash:<br>373DA38A6EE57F5FE551626B91C3993D8C1B3FE6537F8F531778AFFFFB969F96 | 02/06/2023<br>22:10:41 | Vixen | 02/03/2023 | 03/07/2023 | PA0002400312 |
| 18 | Info Hash: 62F3A23B2D765D88F1BA51EBB05866C6BE623103<br>File Hash:<br>81DDD1B0C9E28C8EE9ABA764057EFB5E0A4F5E222F8C514895F6DF7BFC55E61E | 01/23/2023<br>15:16:03 | Tushy | 01/22/2023 | 01/27/2023 | PA0002393076 |
| 19 | Info Hash: C7FEB8BCFF4D37F2A44B5ECF2B9B51E85EFCBE3B<br>File Hash:<br>5A0A1F0D0F5DF853C165F304720FB95BC242BEE8B351824489CDF46A9133CDBF | 12/12/2022<br>19:27:00 | Vixen | 12/09/2022 | 02/21/2023 | PA0002401000 |
| 20 | Info Hash: D82B3D04FC3C942F5380175F5BD7A953DBFDBE7C<br>File Hash:<br>E18B9AE8F32CC0841E9389E6353EAF180393E302517BFD010DCA54AC172C2E1C | 10/17/2022<br>18:49:00 | Vixen | 01/21/2022 | 02/14/2022 | PA0002335466 |
| 21 | Info Hash: 040C855A55FDB1891D0D9D6655F11D3DF0EC11F5<br>File Hash:<br>72F566FB4D1BDDF7E3087ADD2C9DF4D8431564B7602681FB07685B0A6086350C | 10/05/2022<br>03:49:29 | Vixen | 09/09/2022 | 10/05/2022 | PA0002373766 |
| 22 | Info Hash: 1A76A113C1D33455F6FB4D100985C9DA1974F425<br>File Hash:<br>3A1FA743DEEE32C83316CCC75083FEBCC7CAAF64D5BE1B92439D792FDBDBA248 | 08/17/2022<br>18:35:15 | Vixen | 07/22/2022 | 08/30/2022 | PA0002367741 |
| 23 | Info Hash: D9EE1F75B354C4AE7BC7D1CC02B15F54A9626ED1<br>File Hash:<br>E0F448947F15E9CA3D7249E08E7F3A6914651BAA6257FE1ED60FC757ED551995 | 04/29/2022<br>03:03:57 | Tushy | 04/24/2022 | 05/20/2022 | PA0002350374 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: 2FE3DB21DF0D396DD681E23816AA6AA15F59E6B6<br>File Hash:<br>A760C42F362D9B2CBE12463BF6D84ACB9ABA030CC0A976BB24915B39D0F79D04 | 01/01/2022<br>06:39:40 | Vixen | 12/24/2021 | 01/17/2022 | PA0002330122 |